UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
Butts, Craig A.

Case No.: 20-12970  
Chapter: 7  
Judge: KCF

## NOTICE OF PROPOSED ABANDONMENT

_____Daniel E. Straffi_____, _____Trustee_____ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk: 402 East State Street  
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable _____Kathryn C. Ferguson_____ on _____July 7, 2020_____ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __2__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: 28 Beechwood Road  
Belvidere, NJ  
FMV - +/-$249,000.00  
Co-owned with non debtor

Liens on property: Select Portfolio - $ 271,271.13

Plus 10% Estimated Costs of Sale

Amount of equity claimed as exempt: $ -0-

Objections must be served on, and requests for additional information directed to:

Name: Daniel E. Straffi, Esq.  
Address: 670 Commons Way Toms River, NJ 08755  
Telephone No.: 732-341-3800

*rev.8/1/15*

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                                  Case No. 20-12970-KCF
Craig A. Butts                                                          Chapter 7
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin             Page 1 of 1             Date Rcvd: Jun 02, 2020
                              Form ID: pdf905         Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 04, 2020.
db             +Craig A. Butts,    28 Beechwood Road,    Belvidere, NJ 07823-2534
518726723      +Hackettstown Medical Center,    PO Box 864,    Mahwah, NJ 07430-0864
518726724       Hunterdon Medical Center,    PO Box 48096,    Newark, NJ 07101-4895
518726726      +KML Law Group,    216 Haddon Avenue Suite 406,    Collingswood, NJ 08108-2812
518726727      +Pegasus Emergency Group,    3075 E. Imperial Hwy, STe 200,    Brea, CA 92821-6753
518726728      +Pentagon FCU,    481 Main Street,    Highland Falls, NY 10928-2016
518726730      +Select Portfolio Servicing,    Attn Customer Advocacy Dept,    PO Box 551170,
                 Jacksonville, FL 32255-1170
518726732      +Washington Emergency Services,    PO Box 207,    Allentown, PA 18105-0207

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 02 2020 23:35:48      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 02 2020 23:35:44      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518726720      +E-mail/Text: ally@ebn.phinsolutions.com Jun 02 2020 23:34:36      Ally Financial,
                 200 Renaissance Ctr,    Detroit, MI 48243-1300
518726721       E-mail/Text: mrdiscen@discover.com Jun 02 2020 23:34:46      Discover Card,    PO Box 15251,
                 Wilmington, DE 19886-5251
518726722      +E-mail/Text: fggbanko@fgny.com Jun 02 2020 23:34:49      Forster, Garbus & Garbus,
                 7 Banta Plance,    Hackensack, NJ 07601-5604
518726725      +E-mail/Text: bankruptcy@huntington.com Jun 02 2020 23:35:43      Huntington Mortgage,
                 PO Box 182440,    Columbus, OH 43218-2440
518726729      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 02 2020 23:40:48
                 Portfolio Recovery Assiociates,    140 Corporate BLVD,    Norfolk, VA 23502-4952
518726731       E-mail/Text: jennifer.chacon@spservicing.com Jun 02 2020 23:36:32
                 Select Portfolio Servicing, Inc.,    PO Box 65250,    Salt Lake City, UT 84165-0250
                                                                                                TOTAL: 8

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 2, 2020 at the address(es) listed below:
          Daniel E. Straffi    bktrustee@straffilaw.com,
           G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ax
           osfs.com
          Daniel E. Straffi    on behalf of Trustee Daniel E. Straffi bktrustee@straffilaw.com,
           G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ax
           osfs.com
          Denise E. Carlon    on behalf of Creditor    Wells Fargo Bank, National Association, as Trustee, ET
           AL dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Joan Sirkis Warren    on behalf of Debtor Craig A. Butts joan@joanlaverylaw.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```