UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re: : Case no.: 20-12970

Craig A. Butts  Chapter: 7

Judge: Ferguson

Debtor(s)

# CERTIFICATION OF NO OBJECTION

I _____Gary A. Nau_____, Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed:

☒ Abandonment

☐ Public Sale

☐ Private Sale

☐ Settlement of Controversy

☐ Auctioneer Compensation

Description of Property (if applicable):
28 Beechwood Road, Belvidere NJ.

JEANNE A. NAUGHTON, Clerk

Date: 7/1/2020    By: Gary A. Nau

*rev.2/10/17*